PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

FILED
JUL 31 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~Eastern~~ Western DISTRICT OF TEXAS

San Antonio Texas Bexar DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

**PETITIONER:** Richard F. Duarte Jr.
(Full name of Petitioner) Ineffective Asst. of Counsel.

**CURRENT PLACE OF CONFINEMENT:** Telford Unit, Bexar County San Antonio Texas

Former vs. State of Texas, County ~~Bowie~~ Bexar
District Judge Sharon S. Macrae
Court Appointed Attorney
Micheal D. Granados Atty at Law
Assistant District Attorney
Robert McClure of 1990 1991

**PRISONER ID NUMBER:** 0604649

**Civil No.** SA23CA0954XR

**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)
Warden of Telford Unit
Director of TDCJ Mr. Plunk

Malacious Conviction of due process Obstruction Justice False Imprisonment to Compentency Double Jeopardy

**CASE NUMBER**
(Supplied by the District Court Clerk)

**INSTRUCTIONS - READ CAREFULLY**

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- ☐ A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- ☑ A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- ☐ A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- ☑ Other: _discretionary Review_ (Answer Questions 1-4, 10-11 & 20-25)

Petitioner seeking Attorney of Appeal to Appellate to overturn a Malacious Conviction to seek compensation to Loss and due proce false Imprisonment

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

false imprisonment.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _Bexar County Justice Center 300 Dolorosa Street San Antonio Texas 91-CR-5564 1 life Sentence of Agg Rob w/a/dly/wpn only challenged_

2. Date of judgment of conviction: _Date 25th Year 1991 to my Rememberance_

3. Length of sentence: _Was Two consequitive life Sentences now only one._

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _91-CR-5564 Agg Robery w/a/dly/wpn challenging not charge but the illegal prosecutorial to proceedings to an Ineffective Asistence of Counsel of Court Appointed Attorney Michael D. Granados of San Antonio Attorney branch proceeded with an illegal practice of Malacious Conviction and Malacious Prosecution Misscariage of Judgment_

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty  ☒ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☐ Jury  ☒ Judge Only

7. Did you testify at trial?  ☐ Yes  ☒ No

8. Did you appeal the judgment of conviction?  ☒ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? _To Court of Conviction Then—_

   1.07 Writ of habeas Corpus Ineffective  Cause Number (if known): _91-CR-5563 murder deleted Parole Revoke_
   Asistance of Counsel 1991
   What was the result of your direct appeal (affirmed, modified or reversed)? _affirmed_  91-CR-5
   dismiss with prejudice due process of Law.  only-64
   What was the date of that decision? _date unknown Year 1991_

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: _I filed to The 5th US Supreme Court of Appeals in Austin Texas on Double Jeopard But I have New facts._

   Result: _denied due process denied me and my request to the Court for Attorney of Appeal denied and denied to confront the opposition_
   Date of result: _Since 1991 2022—_  Cause Number (if known): _91-CR-5564_

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _I Filed to a higher Court to see Court of error to the 5th Circuit of the U.S.Supreme Court of Appeal to challenge Conviction of False Imprisonment denying me attorn_
   Date of result: _2022-23 date Unknow 06-2022-?_
   Civil No. 5-23-cv-00428-FB

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _The U.S. Western dist. Federal Court in Texas in Bexar County._
    Nature of proceeding: _Appealing Sentence of Conviction as Malacious Conviction Malacious Prosecution False Imprisonment—_
    Cause number (if known): _91-CR-5564_

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: June 6-9th, 2022-23

Grounds raised: Seeking Relief of Conviction and Permission to Proceed in a Second Successive Application to 22.54 To overthrow Illegal proceedings to a due process to a fair trial and merit is Apparent

Date of final decision: 2022-2023 to Correct Order of Western Dist Court to 22.44 Facee Sheet and cirticeate

What was the decision? Correct the Order above so I am but had to Redo -diligence study to proceed Adequately to meet the Courts Order

Name of court that issued the final decision: U.S Western District Federal Court In texas Bexar County in San Antonio Texas Civil No. 5-23-cv-00428 - FB

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: US Western District of Texas Seeking Permission to Out Court Appeal to be granted for a Second successive Application

Nature of proceeding: Seeking Court Appointed Attorney of Closing an Investigation to a First time felony of Molacious Conviction of excessive sentencing and Due Process to Incompentency to proceed illegally and more.

Cause number (if known): 91-CR-5564

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:
06-2022 and any other not accurate to date

Grounds raised: False Imprisonment to illegal proceedings to show Court that with no doubt diliberate Inditrence and Unfairness to Equal Protection Clause to Ineffective Performances of Attorney

Date of final decision: date Unknown   Court Appointed by Court.

What was the decision? dismiss with Prejudice due Process denied atty upon Request.

Name of court that issued the final decision: US Western Dist of Texas in all Federal Courts in San Antonio Texas granted Case No. above

If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☒ No

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: N/A

(b) Give the date and length of the sentence to be served in the future: life 91-CR-5564

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☒ Yes ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _July 2021_

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☒ Yes ☐ No

   If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☒ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☒ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _Michaels Unit_

   Disciplinary case number: _Unknown_

   What was the nature of the disciplinary charge against you? _Finding an item in shower and turning it in._

18. Date you were found guilty of the disciplinary violation: _2018 yr — unknown date_

   Did you lose previously earned good-time days? ☒ Yes ☐ No

   If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _over 400-500_

   Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _none other than minor cases and bogus cases. My diciplinary will show no Physical fights in 33 yrs nor No code 20's sexual misconducts ever done._

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? ☒ Yes ☐ No

   If your answer to Question 19 is "Yes," answer the following:

   Step 1 Result: _was released after 1 month when I filed a lawsuit to False Report by 8 Build Sgt that Lied in his statement to Ombundsmen Office and PD-22 offenses._

-5-

Date of Result: _~~#~~ / Lost in Step 1_

Step 2 Result: _____

Date of Result: _A Step 2 to the the Western District Courts and never returned or told it recieved._

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

A. **GROUND ONE:** _Due to diligence to Court of Errors and Appeals good cause to appoint counsel is stated on the record as required by Article 26.04 (5) Texas Criminal Code of Procedure_

    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    _An eligible Indigent defendant is entitled to have the trial Court Appoint an attorney to represent him in the appellate and prosecution habeas Corpus matters. An appeal to the Court of Criminal Appeals if the appeal is made directly from trial Court or if a Petition for discretionary Review has been granted_

B. **GROUND TWO:** _A habeas Corpus proceeding if the court concludes that the Intrest of Justice requires representation_

    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    _Malacious Prosecution of Asst. district Attorney of trial of 1991 The action of defined Pg. 1142 Black law dict. A judicial proceeding Instituted by one person opeints another from Wrongful or Improper motives and without probable cause to sustain rb. it is usually called Malacious Prosecution to an defendant Incompontent and due process to excess sentencing that would have servod its purpose had I had -6- Felonies to enhance or Record showing any other for such Abuse to diliberate Indiferance and bias to Gonel proceedings illegally practices_

C. **GROUND THREE:** Court Appointed Attorney Micheal D. Granados of Conviction of 1991 should no Intrest to his devotion to his defendant to defend with outmost care to Fairness.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

due Process (16c) The conduct of Legal proceedings according to established rules and principles for protection and Inforcement to fair hearing trial and representation Instead Conducted Malocious Conspiracy Proseecution The institution of a Criminal or civil proceeding for an Improper purpose and without probable cause and sought no Lower options to direct Injury to

D. **GROUND FOUR:** Dr. John C. Spark Phd MD defendants defense. a Pyschiatrist for the state of Texas declared me Temporary in Remission to stand trial. of 1990-A 91

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Dr. John C. Sparks had his findings for the Court for Competency that he concluded I find the defendont Temporary in Remission to stand trial. Mr. Granados that did not object for Court to cease but use his Professionolism to Abuse his Professional to The defendant Intrest Art 1.04 Due Coarse of Law No citizen of

21. Relief sought in this petition: damages to False Imprisonment Money Claimed by or ordered to be paid to a person as compensation for loss or Injury the Plantiff seeks 1 million for each year served under due process of law and illegal Abuse of Representation by Counsel to Conspire with Then Asst. DA and Judge thats no Longer in Practice that the Attorney to Represent qualified Indigent to Award Claim once these claims are no doubt plain to see. of 1990-91

-7-

shall be deprived of Life, Liberty, property, privliges, or immunities or in any manner disfranchised except by the due ~~process~~ course of the Law of the Land Acts 1965 59 Leg. 2 p 317, ch. 722 off Jan 1, 1966

Court of Error and Appeals Formerly the Court having jurisdiction to review a Lower Courts ruilings (to discretionary Review.

defendant was on a tranqualizer of a medicine known as Thorazine also as Chloromapazine that suppresses the memory and lack to Appropiate awareness to make improper Interpretation to easily be coarsed to a plea not at the time of 1991

Attorney of Court Appointed did seek witnesses As to Dr. John C. Spovk MD Phd Findings to Temporary in Romission to stand trial and denied his Role of Representation to Indifrences, A Lack of Intrest in or concern about something apathy.

Also Ignored a Writ of habeas Corpus Failure to Indict and set aside and did not sought to Squash Motion

Also allow Judge Sharon S. Macrae to use Malacious prosecution Mutiple domages statutory damages such as double or Treble damages double Jeopardy to tried twice of a charge that at 1991 showd as one and trying twice is illegal to practice In the state of Texas Courts and allowd to continue to allow a Malacious Judgment to a first time offense of ~~felony~~ and this is Abuse of Prejudice to Fairness to conduct with such obstruction to Ignore the Above Merrits

This is a False proceeding to Malacious Conviction of Excess Sentencing to False Imprisonment, defendant bong a ~~F ~~~~ Mental health Mental Retardation with MHMR in Bexar County.

Ground Four Cont.

Petitioner contends that his rights to a fair trial was illegal by the state law alone of Dr. John C. Sparks Retired now of 200 N. Comal Bexar County Detention Center Jail That made this decission of Court to Find in Fact finding trial of 1991 Temporary in Remission to stand trial of 1991 to hope attorney Appointed will seek the Dr's Records of Mental health of his psycological diagnosis to findings.

Temporary as defined in Black law dictionary.

Temporary to stand trial to submit to a Legal proceeding criminal prosecution lasting for a little ~~while~~ time only existing or continuing for a limited short time (transitory)

Judge that Ignores a Writ of habeas Corpus for Failure to Indictment of Limitations of Statute of Three hundred Eighty days that the state Faild to Meet that only a Court Appointed Attorney for Qualified defendant can open records of Writ of habeas Corpus Seeking Relief for Courts state Failure to produce a copy of Complaint Indictment Faild to meet the deadline of a time frame that the Constitution has Amended to be Met. of 1991
Trial Attorney ~~Daniel~~ Micheal Granados Faild to raise to the Court Attention to this Writ of habeas. Foiled Time Frame to Indict under Oath and perjury. The Clerk of Court of Conviction of 1991 made copies to Judge, Ast. Dist Atty and to Atty Representing me and Stenographer Court recorded proceedings all hearings and trial will show.

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation or disciplinary proceeding that you are attacking in this petition?  ☒ Yes  ☐ No
    If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) <u>dismissed without prejudice</u>, (b) dismissed <u>with prejudice</u>, or (c) denied.

    To the U.S. Western District of Texas to Resubmit for Permission to Successful successive Application to Forsee Claim as meeting the Courts Order of 22.04 to for 2254 Writ of habeas corpus 28 USCA § 54 USCA

    If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)?  ☐ Yes  ☒ No
    But I pray that this long diligence to contruct to the reason of study.

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
    ☐ Yes  ☒ No

    If your answer is "Yes," state <u>briefly</u> what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

    N/A

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☐ No  NO.

    If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. N/A

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: N/A

    (b) At arraignment and plea: 

    (c) At trial: 

    (d) At sentencing: 

    (e) On appeal: 

    (f) In any post-conviction proceeding: N/A

(g)  On appeal from any ruling against you in a post-conviction proceeding: __None__

_____

**Timeliness of Petition:**

26.  If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]



_____

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

  (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

  (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_____ (month, day, year).

Executed (signed) on  11-July 2023  (date).

*Richard F. Duarte Jr.*
Signature of Petitioner (<u>required</u>)

Petitioner's <u>current</u> address: Telford Unit 8899 state Hwy 98 New Boston Texas 75570

-10-

a plea bargain of two consequetive Life sentences stack'd No one in his right mind would have taken a plea bargoin as this for his rightmind of soundjugement to file the Writ of habeas Corpus failure to Indict and due process to unable to make an adequate decission easily being denied to a Jory as I had requested Asking this Court to summon the Clerk of Convicting Court that made the copies of the Writ of habeas Corpus show on record that of the County Clerk of Bexar County in San Antonio Texas also will show of Dr. Sparks psycological test to define same client as in 1980-83,-1987 from the Maximin Security for the Criminally Insane Rusk state hospital from 1980-1987 to MHMR from the County of Bexar that Michoal J. Scovone Ph.d Md of MHMR services now located near off Broadway street in San Antonio, Texas.

I have the allegations that Attorney's help to filed apropiate steps to this Investigation since 1990-91 and still pursuing an illegal Malicious Attorney of Insecure to care or seek care if so, this would not be the sentence, Imposed by 3 conspiring supporting each other as you'll see in the 1st and 2nd 11.07 of Writ of habeas Corpus Seeking relief from Felony Conviction. Ineffective asistance of counsel.

Therefore with Attorney supported by This Court Appointed will close this ongoing case to succeed in a compensation of each year endured showing by diligence to this day for Attorney to exit this false imprisonment.

Affidavit

Now comes Richard F. Duarte Jr. TDCJ 0601649 of the Telford Unit comes before this Judge horably to seek his permission for a Second Successive Application for 22.59 showing Court that hoping this has satisfied the Court 22.44 to move forward to a successful suit of double to tripple damages as shown in this Suit.

Clerk of the Court of the United States Western District Court of Federal Building in Texas in Bexar County in San Antonio, Texas.

Shows Certificate of Service As requested by Chief Justice Judge Mr. Elizondo's Order of Civil No. 5-23-cv-00928-FB

Signed this day of 13th of July 2023
Richard F. Duarte Jr. 0601649
Richard F. Duarte Jr.
In Telford Unit 3899 State Hwy 98, New Boston Texas 75720. in Bowie County.